The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

■

**Marshall BURRAGE,
Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**ED 104124**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: December 20, 2016

Rosalynn Koch, Columbia, for Movant/Appellant.

Richard A. Starnes, Jefferson City, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM.

Marshall Burrage appeals from the judgment of the motion court denying his Rule 29.15[1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. Rule

29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

■

**R.N., Appellant,**

v.

**A.J., Respondent.**

**No. ED 104002**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: December 20, 2016

Ashely Blake Kemper, St. Louis, Missouri, J. Michael Cato, Cape Girardeau, Missouri, for Appellant

Roger P. Bernhardt, Clayton, Missouri, for Respondent

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM

R.N. ("Wife") appeals the trial court's denial of her motion to renew the one-year

---

1. All rule references are to Mo. R. Crim. P. 2015, unless otherwise indicated.

full order of protection under the Adult Abuse Act that the trial court entered against her husband, A.J. ("Husband"), in September 2014. Wife contends the trial court erred in finding that she failed to meet her burden of proving that the expiration of the full order of protection would place her in an immediate and present danger of abuse. We disagree and affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

∎

**Terry D. HARDIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103901**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

Filed: December 20, 2016

Andrew E. Zleit, St. Louis, MO, for Plaintiff/Appellant

Colette E. Neuner, Jefferson City, MO, for Defendant/Respondent

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Terry D. Hardin ("Movant") appeals the denial of his amended Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous, as the record clearly refutes Movant's claim of ineffective assistance of plea counsel.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

∎

**Lea L. LITTLE, Respondent,**

v.

**Jennifer ZELCH, Appellant.**

**No. ED 104422**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

FILED: December 20, 2016

Daniel E. Wilke, James A. Wilke, St. Louis, MO, for Appellant

Michael L. Nepple, Thompson Coburn, St. Louis, MO, for Respondent

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.